UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                    Petitioner )<br>                            )<br>         V.                 )<br>                            )<br>A F & G FENCE AND CONSTRUCTION,<br>JEFFREY DILLON AS PRESIDENT, )<br>                  Respondent ) | M.B.D. No. 03-MC-10373 |

### ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Affidavit of David Malo, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # __24__ in the United States Courthouse in __Boston__ on the __27th__ day of __May__, 200__4__, at __10:20__ A __M.__, to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on January 29, 2003. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon A F & G Fence and Construction, Jeffrey Dillon as President on or before __May 13__, 200__4__.
It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at __Boston__, Massachusetts on this __9th__ day of __April__, 200__4__.

~~UNITED STATES DISTRICT JUDGE~~

_[signature]_
UNITED STATES MAGISTRATE JUDGE