UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
        Petitioner )
)
V. )    M.B.D. No. 03-10373-JLA
)
A F & G FENCE AND CONSTRUCTION, )
JEFFREY DILLON AS PRESIDENT, )
        Respondent )

### ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Joyce L. Alexander for hearing on August 18, 2004, and the respondent A F & G Fence and Construction, Jeffrey Dillon as President not having shown any cause why he should not obey the Summons issued to him on January 29, 2003:

IT IS ORDERED that A F & G Fence and Construction, Jeffrey Dillon as President obey the Summons and appear (with the documents described in the Summons) before Revenue Officer David Malo or any other officer of the Internal Revenue Service authorized to examine the records and take A F & G Fence and Construction, Jeffrey Dillon as President testimony on or before October 4th at 10 P.M at the office of the Internal Revenue Service, 166 Main Street, Brockton, MA 02301, (508) 895-8837. Failure to comply with this order shall make the respondent liable for a finding of contempt of court.

_____
United States District Judge


_____
United States Magistrate Judge